# United States Court of Appeals for the Fifth Circuit

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2024

Lyle W. Cayce
Clerk

No. 24-50612
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GAVIN BLAKE DAVIS,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-219-1

———————————————————————

Before HIGGINBOTHAM, JONES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Gavin Blake Davis appeals the district court's denial of his motion for temporary pretrial release pursuant to 18 U.S.C. § 3142(i).

Subsequent to the filing of the notice of appeal in this case, the district court released Davis from detention subject to a number of conditions of release. "[I]f an event occurs while a case is pending on appeal that makes it

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50612

impossible for the court to grant any effectual relief whatever to a prevailing party, the appeal must be dismissed." *Church of Scientology of Cal. v. United States*, 506 U.S. 9, 12 (1992) (internal quotation marks and citation omitted). Because Davis was released after the district court denied his § 3142(i) motion, we conclude that this appeal is moot.

Appointed counsel John F. Carroll moves to withdraw. We note that the district court already has granted Carroll's motion to withdraw. However, because we dismiss the appeal as moot, we will deny counsel's motion to withdraw as unnecessary.

Davis also moves to reconsider the denial of his request for an extension of time to file a reply to the Government's response. Because his appeal is moot, we conclude that the motion to reconsider also is moot. Finally, we deny Davis's motion to supplement the record on appeal with a copy of a motion filed in the district court because it is not relevant to the issues in this case.

MOTION TO SUPPLEMENT THE RECORD DENIED; MOTION TO WITHDRAW AS APPOINTED COUNSEL DENIED AS UNNECESSARY; MOTION TO RECONSIDER DENIED AS MOOT; APPEAL DISMISSED AS MOOT.